✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
        Sheet 1

# UNITED STATES DISTRICT COURT

### District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>**(For a Petty Offense) — Short Form** |
| v. | |
| LARRY BENES | Case No.   16-PO-00004-GPG |
| | USM No. |
| | Pro se |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)      Count I _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16, USC, Sec 551-36 | Occupied and used a residence on National Forest | 10/25/2015 | 1 |
| CFR, Sec 261.10(b) | System lands without authorization | | |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | | Fine | |
|---|---|---|---|---|
| **Total:** | $ 10.00 | | $ 100.00 | *-Due by 6/14/2016* |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:

_____

02/16/2016
_____
Date of Imposition of Judgment

_____
Signature of Judge

Gordon P. Gallagher          Magistrate Judge
_____
Name and Title of Judge

02/17/2016
_____
Date